# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BRACKETT and MICHELLE OWENS,<br><br>           Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. 2:23-cv-00555-DJC-AC<br><br>Hon. Daniel J. Calabretta<br>Courtroom 10C<br><br>**ORDER RE JOINT STIPULATION REGARDING ATTORNEY DEPOSITIONS**<br><br>Complaint Filed: February 2, 2023 |

Pursuant to the Joint Stipulation Regarding Attorney Depositions filed by the parties, **IT IS HEREBY ORDERED** that:

1. The attorneys and staff of Arnold Law Firm, including Anthony Ontiveros, will not testify at trial in this case except for authentication of documents;

2. Anthony Ontiveros and the present and past attorneys and staff of the Arnold Law Firm will not testify at trial in this case except for authentication of documents and will not offer evidence by way of a declaration or affidavit in this case concerning any events, occurrences or facts pre-dating the filing of this lawsuit, or any facts of any nature offered as probative of liability or damages against Travelers in this case; and

3. Travelers will not take the depositions of Anthony Ontiveros or anyone from the Arnold Law Firm during this litigation.

**IT IS SO ORDERED.**

Dated:  January 26, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE