SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN T. BROOKS, Cal. Bar No. 167793
JEFFREY V. COMMISSO, Cal. Bar No. 191267
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
Email: jbrooks@sheppardmullin.com
         jcommisso@sheppardmullin.com

SUZANNE Y. BADAWI, Cal. Bar No. 194692
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email: sbadawi@sheppardmullin.com

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BRACKETT and MICHELLE OWENS,<br><br>  Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. 2:23-CV-00555-KJM-AC<br><br>Hon. Daniel J. Calabretta<br>Courtroom 10C<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES**<br><br>Complaint Filed: February 2, 2023 |

The Court, having considered the Joint Stipulation to Continue Pre-trial and Trial Dates, the declaration of counsel in support thereof, and good cause appearing therefore, **HEREBY ORDERS**:

a) Fact discovery shall be completed by 11/04/2024;

b) Expert disclosures shall be completed by 11/30/2024;

c) Rebuttal expert disclosures shall be completed by 12/27/2024;

d) Expert discovery shall be completed by 1/20/2025;

e) All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before 2/7/2025 and shall be noticed for hearing before Judge Calabretta on 3/20/2025 at 1:30 p.m.;

f) The final pretrial conference shall be set for 6/5/2025 at 1:30 p.m. in Courtroom 10 before District Court Judge Daniel J. Calabretta;

g) A jury trial shall be set for 8/11/2025 at 8:30 a.m. in Courtroom 10 before District Court Judge Daniel J. Calabretta; and

h) All other aspects of the Court's Scheduling Order will remain the same.

**IT IS SO ORDERED.**

Dated: February 27, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE