# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BRACKETT and MICHELLE OWENS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00555-DJC-AC<br><br>Hon. Daniel J. Calabretta<br>Courtroom 10C<br><br>**ORDER RE JOINT STIPULATION REGARDING ATTORNEY DEPOSITIONS**<br><br>Complaint Filed: February 2, 2023<br>Trial Date: August 11, 2025 |

1 	Pursuant to the Joint Stipulation Regarding Expert Depositions filed by the Parties, Defendant Travelers Property Casualty Company of America ("Travelers") and Plaintiffs Jack Brackett and Michelle Owens ("Plaintiffs")(collectively "the Parties"), **IT IS HEREBY ORDERED** that:

　　1.　Travelers shall not depose Plaintiffs' designated expert, Patrick DeLangis; and

　　2.　Mr. DeLangis shall limit his testimony, whether oral or written, to the content of his Expert Report and exhibits attached thereto that were served as part of Plaintiffs' Expert Disclosure.

**IT IS SO ORDERED.**

Dated:  December 26, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE