# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BRACKETT and MICHELLE OWENS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00555-DJC-AC<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7<br><br>**ORDER RE JOINT STIPULATION REGARDING MEDICAL EXPERTS**<br><br>Complaint Filed: February 2, 2023<br>Trial Date: August 11, 2025 |

Pursuant to the Joint Stipulation Regarding Medical Experts filed by the Parties, Defendant Travelers Property Casualty Company of America ("Travelers") and Plaintiffs Jack Brackett and Michelle Owens ("Plaintiffs")(collectively "the Parties"), **IT IS HEREBY ORDERED** that:

1. The expert discovery cut-off date is extended to July 21, 2025 solely for medical expert depositions identified in the Joint Stipulation (Drs. DeLangis, Donthineni, McCormick, Shin, Yoon, Gupta, O'Grady and Mimran) ("Medical Experts").

2. The parties may notice depositions of those Medical Experts for dates between June 13, 2025 and July 21, 2025, with such depositions to proceed by remote video and be limited to no more than three hours.

3. The Court will decide Travelers' contemplated motion in limine to preclude testimony from the Medical Experts at trial ("Motion in Limine") at the Final Pre-Trial Conference on June 5, 2025. The briefing schedule for Travelers' Motion in Limine is as follows: Motion to be filed by May 14, 2025, opposition to be filed by May 21, 2025, reply to be filed by May 28, 2025.

4. If the Court grants Travelers' contemplated Motion in Limine, then the parties will promptly cancel any such noticed depositions of the Medical Experts.

5. If the Court denies Travelers' contemplated Motion in Limine, each party may attempt to offer live testimony from the Medical Experts at trial, but the opposing party retains all rights to object to the scope and admissibility of any such testimony.

**IT IS SO ORDERED.**

Dated:  January 8, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE