UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BRACKETT and MICHELLE OWENS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00555-DJC-AC<br><br>Hon. Daniel J. Calabretta<br>Courtroom 10C<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 2, 2023<br>Trial Date: August 11, 2025 |

Defendant Travelers Property Casualty Company of America ("Travelers") and Plaintiffs Jack Brackett and Michelle Owens ("Plaintiffs") filed a Stipulation for Dismissal, pursuant to Federal Rule of Civil Procedure Section 41(a).

After considering the Stipulation and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT:**

    1.    Pursuant to the parties' stipulation filed on July 28, 2025, that Plaintiffs' Complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 31, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE